IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BORIS BIGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:24cv65-MHT |
| | ) | (WO) |
| BRIAN CHERRY, Cpl., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted, with the addition stated in the opinion.

(2) Plaintiff's § 1983 claims based upon his arrest are dismissed with prejudice as time-barred.

(3) Plaintiff's § 1983 claims based upon his seizure pursuant to legal process are dismissed without prejudice.

(4) To the extent plaintiff challenges the constitutionality of his conviction or sentence, such challenge is dismissed without prejudice.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of June, 2024.

                                         /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**